UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARRETT MJ-TALIF SOREZO.,

   Plaintiff,

v.

JOE SMITH, BILL NELSON, NASA,

   Defendants.

Case No. 24-13476
Honorable Laurie J. Michelson
Magistrate Judge Curtis Ivy, Jr.

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Order dated today, this cause of action is DISMISSED.

Dated this 8th day of January 2025 in Detroit, Michigan.

KINIKIA ESSIX
CLERK OF THE COURT

BY:   s/A. Chubb_____
DEPUTY COURT CLERK

APPROVED:

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: January 9, 2025